585 A.2d 411

DAVID BOCHICCHIO v. TOWNSHIP OF WEST ORANGE AND ROBERT A. SPINA.

CARL C. STETZ v. DAVID BOCHICCHIO AND TOWNSHIP OF WEST ORANGE.

October 30, 1990.

Petition for certification denied.

585 A.2d 411

DAVID BOCHICCHIO v. TOWNSHIP OF WEST ORANGE AND ROBERT A. SPINA AND ANTHONY SPINA.

CARL C. STETZ v. DAVID BOCHICCHIO AND ROBERT A. SPINA AND TOWNSHIP OF WEST ORANGE.

October 30, 1990.

Petition for certification denied.

585 A.2d 411

DAVID BOCHICCHIO v. TOWNSHIP OF WEST ORANGE AND ANTHONY SPINA.

CARL C. STETZ v. DAVID BOCHICCHIO AND ANTHONY SPINA AND TOWNSHIP OF WEST ORANGE.

October 30, 1990.

Petition for certification denied.